```
                            United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 13-16104-amc
Jennifer L Jerome                                                   Chapter 13
           Debtor
                               CERTIFICATE OF NOTICE
District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Sep 08, 2017
                              Form ID: 138NEW             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db             +Jennifer L Jerome,    21 Jonquil Lane,    Levittown, PA 19055-2305
13098754      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    P. O. Box 15019,    Wilmington, DE  19886)
13098755       +Bank of America NA,    P. O. Box 15222,    Wilmington, DE 19886-5222
13098756       +Barnes & Noble Booksellers,    Card Services,    P. O. box 13337,    Philadelphia, PA 19101-3337
13098757       +Bucks County GI Surgical Ctr. LLC,    1339 Woodbourne Road,    Levittown, PA 19057-1236
13383996        Hudson City Savings Bank, FSB,    C/O Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
13224352       +Jeffery A. Fournier, Esquire,    2480-B Durham Road,    Bristol, PA 19007-6902
13098759       +Midland Funding LLC,    c/o Weiltman, Weinberg & Reis Co.,    325 Chestnut Street,
                 Philadelphia, PA 19106-2614
13098760       +Newtown Transportation,    Newtown Ambulance Squad,    2651 S. Eagle Road,
                 Newtown, PA 18940-1569
13098761       +Radiology Affiliates of Central NJ PC,    P. O. Box 371863,    Pittsburgh, PA 15250-7863
13098762       +St. Christopher's Hospital - Children,    P. O. Box 741244,    Atlanta, GA 30374-1244
13098763       +St. Mary Medical Center,    10604 Justin Drive,    Des Moines, IA 50322-3755
13098764       +St. Mary Medical Center,    P. O. Box 822679,    Philadelphia, PA 19182-2679
13098765        St. Mary Medical Center - ER,    Langhorne-Newtown Road,    Langhorne, PA  19047
13098766       +Temple University Physicians,    P.O. Box 827783,    Philadelphia, PA 19182-7783
13117705       +Wells Fargo Card Services,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
13098767       #+Wells Fargo Card Services,    P. O. box 6412,    Carol Stream, IL 60197-6412
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 09 2017 02:33:01      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 09 2017 02:31:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 09 2017 02:32:44      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13185911       +E-mail/Text: bncmail@w-legal.com Sep 09 2017 02:32:26      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13098758       +E-mail/PDF: gecsedi@recoverycorp.com Sep 09 2017 02:36:33      GE Capital Retail Bank,
                 P. O. Box 960004,    Orlando, FL 32896-0004
13209072        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 09 2017 02:56:59
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: Sep 08, 2017
                               Form ID: 138NEW             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JEFFERY A. FOURNIER     on behalf of Debtor Jennifer L Jerome jefffournier@verizon.net
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jennifer L Jerome
        Debtor(s)

Bankruptcy No: 13−16104−amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 9/8/17

27 − 26
Form 138_new