Certificate Number: 01267-PAE-DE-029871809

Bankruptcy Case Number: 13-16104



01267-PAE-DE-029871809

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 13, 2017</u>, at <u>5:22</u> o'clock <u>PM CDT</u>, <u>Jennifer L Jerome</u> completed a course on personal financial management given <u>by internet</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>September 13, 2017</u>          By:    <u>/s/Tania Roman</u>

                                               Name:  <u>Tania Roman</u>

                                               Title:   <u>Counselor I</u>