Certificate Number: 01267-PAE-DE-029871809

Bankruptcy Case Number: 13-16104



01267-PAE-DE-029871809

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2017, at 5:22 o'clock PM CDT, Jennifer L Jerome completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 13, 2017           By:     /s/Tania Roman

                                     Name:   Tania Roman

                                     Title:  Counselor I